THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSE R. CHILDERS, Appellant.

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.